**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2288**

KAREEMAH BELL-BOSTON,

                    Plaintiff - Appellant,

          v.

GLENETTE   M.   HILTON,   Assistant   Chief   of   Police   for
Administration, University of the District of Columbia,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District  of  Virginia,  at  Alexandria.    Leonie  M.  Brinkema,
District Judge.  (1:09-cv-01227-LMB-IDD)

Submitted:  January 14, 2010        Decided:  January 20, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kareemah Bell-Boston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareemah Bell-Boston appeals the district court's order dismissing her complaint for lack of subject matter jurisdiction and improper venue. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bell-Boston v. Hilton, No. 1:09-cv-01227-LMB-IDD (E.D. Va. Oct. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2